**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7983

OLADAYO OLADOKUN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-04-1399-AW)

Submitted:  April 28, 2005          Decided:  May 5, 2005

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oladayo Oladokun, Appellant Pro Se.  Thomas Michael DiBiagio,
United States Attorney, Barbara Slaymaker Sale, Assistant United
States Attorney, Baltimore, Maryland; Jane Frances Nathan, OFFICE
OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Oladayo Oladokun seeks to appeal the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Oladokun v. United States</u>, No. CA-04-1399-AW (D. Md. filed Nov. 18, 2004 & entered Nov. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>